In the Matter of Proving the Last Will and Testament of LUCY R. KELLY, Deceased, as a Will of Real and Personal Property. GEORGE ROBINSON and Others, Contestants, Appellants; DOROTHEA J. LUTJENS, as Executrix, etc., of LUCY R. KELLY, Deceased, and FRANK J. WETTSTEIN, as Special Guardian for JOHN

EDWARD HALL and ROSEMARY KELLY, Infants and Unknown Distributees, Respondents.— Decree of the Surrogate's Court, Nassau County, admitting to probate a will and a codicil, unanimously affirmed, with costs, payable by the appellants, to all other parties filing briefs. No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.